KATHLEEN A. LEAVITT  
CHAPTER 13 BANKRUPTCY TRUSTEE  
201 Las Vegas Blvd South, Suite 200  
Las Vegas, NV 89101  
(702) 853-0700  
kal13mail@las13.com  

E-FILED: 3/20/19

**UNITED STATES BANKRUPTCY COURT**  
**NEVADA DIVISION**

IN RE:  
**JO BRINSON MCLAUGHLIN**  

**Debtor**

CASE NO: BKS-18-14614-BTB

**CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION**

TO DEBTOR(S), ALL CREDITORS AND PARTIES IN INTEREST:

YOU WILL PLEASE TAKE NOTICE that Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee, has reviewed the Clerk of the U.S. Bankruptcy Court, District of Nevada, Claims Register and each individual Proof of Claim filed in the above entitled case after the 90 day Bar Date. Government claims will be reviewed after the 180 day bar date and notice will be sent if applicable.

YOU WILL PLEASE TAKE FURTHER NOTICE that the above named Debtor(s), each creditor and all other parties in interest must verify that their respective claim(s) filed with the Clerk contains the same information AS SET FORTH BELOW to include but not limited to: (1)the creditor's claim was filed or not filed; (2)the creditor's address to receive payments is accurate; (3)the claim amount is accurate; (4)the creditor's claim is scheduled as either "timely filed", "late filed" or "not filed"; (5)that the classification of the creditor's claim as either "secured", "priority", "unsecured", "direct pay by debtor", "surrendered", "no plan provision", or such other applicable classification, is accurate; (6)and that the treatment and payment on each creditor's claim including, if appropriate, the payment of and rate of interest), is accurate in accordance with Order(s) Confirming Chapter 13 Plan.

YOU WILL PLEASE TAKE FURTHER NOTICE that Conduit claims by Trustee will be paid pursuant to the confirmed Chapter 13 plan and, as such, the claim information will not be listed below.

YOU WILL PLEASE TAKE FURTHER NOTICE that if the creditor's claim, as filed with the Clerk of the

Bankruptcy Court, is not accurate for any reason, including the reasons set forth above; then you must timely file a written objection to the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution on or before April 19, 2019. The written objection must be filed **or e-filed** with the Clerk of the U.S. Bankruptcy Court, 300 Las Vegas Blvd. South, Fourth Floor, Las Vegas, Nevada 89101 and served, if applicable, upon any appropriate creditor(s), the debtor(s), debtor's attorney and the Chapter 13 Bankruptcy Trustee whose mailing address is set forth above, along with the date, time, and place of the hearing on the objection.

YOU WILL PLEASE TAKE FURTHER NOTICE that in the absence of a written objection, the Debtor(s), creditors and parties in interest listed below shall be deemed to have approved the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution. No further Order of the Court will be entered in the absence of any objection to this notice.

YOU WILL PLEASE TAKE FURTHER NOTICE that funds provided to be paid to a creditor through the Chapter 13 Plan but for which no Proof of Claim has been filed will be forwarded to the Clerk of U. S. Bankruptcy Court, District of Nevada, as unclaimed funds.

NOTICE IS HEREBY GIVEN that the following list below is a recapitulated itemization of all proofs of claim filed and not filed, classification of claims, and proposed distribution. This plan proposes that the Debtor pay a Base Amount (a specific dollar amount) to the Plan. The exact percentage of distribution to unsecured non-priority claims will depend upon available funds and all claims filed and allowed in this case.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **PRA RECEIVABLES MANAGEMENT, LLC**<br>PO BOX 41021<br>NORFOLK, VA  23541 | $0.00<br>AT 0.00% INT | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | |
| | | **TRUSTEE CLAIM# 00001 / COURT CLAIM #** | |
| **AMEX**<br>CORRESPONDENCE/BANKRUPTCY<br>PO BOX 981540<br>EL PASO, TX  79998 | $0.00<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | XXXXXXXXXXXX3493 |
| | | **TRUSTEE CLAIM# 00003 / COURT CLAIM #** | |
| **BANK OF AMERICA**<br>ATTN: BANKRUPTCY<br>PO BOX 982238<br>EL PASO, TX  79998 | $0.00<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | XXXXXXXXXXXX0318 |
| | | **TRUSTEE CLAIM# 00004 / COURT CLAIM #** | |
| **BANK OF AMERICA**<br>4909 SAVARESE CIRCLE<br>FL1-908-01-50<br>TAMPA, FL  33634 | $0.00<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | XXXXXXXXXXXX0707 |
| | | **TRUSTEE CLAIM# 00005 / COURT CLAIM #** | |
| **BANK OF AMERICA**<br>4909 SAVARESE CIRCLE<br>FL1-908-01-50<br>TAMPA, FL  33634 | $0.00<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | XXXXXXXXXXXX7426 |
| | | **TRUSTEE CLAIM# 00006 / COURT CLAIM #** | |
| **BARCLAYS BANK DELAWARE**<br>ATTN: CORRESPONDENCE<br>PO BOX 8801<br>WILMINGTON, DE  19899 | $0.00<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | XXXXXXXXXXXX1365 |
| | | **TRUSTEE CLAIM# 00007 / COURT CLAIM #** | |
| **CAPITAL ONE BANK (USA) NA**<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | $2,314.32<br>AT 0.00% INT | UNSECURED<br>APPROXIMATELY  9.61% TO BE PAID | 6231 |
| | | **TRUSTEE CLAIM# 00008 / COURT CLAIM # 3** | |
| **COMENITY BANK/VICTORIA SECRET**<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS, OH  45318 | $0.00<br>AT 0.00% INT | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | XXXXXXXXXXXX9333 |
| | | **TRUSTEE CLAIM# 00009 / COURT CLAIM #** | |
| **COMENITY BANK/WOMAN WITHIN**<br>ATTN: BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS, OH  43218 | $0.00<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | XXXXX1327 |
| | | **TRUSTEE CLAIM# 00010 / COURT CLAIM #** | |
| **COMENITY BANK/ROAMANS**<br>ATTN: BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS, OH  43218 | $0.00<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | XXXXX9676 |
| | | **TRUSTEE CLAIM# 00011 / COURT CLAIM #** | |
| **FORD MOTOR CREDIT COMPANY LLC**<br>DEPT 55953<br>P O BOX 55000<br>DETROIT, MI  48225-0953 | $47,755.74 | VEHICLE DIRECT<br>Paid direct by Debtor | 1622 |
| | | **TRUSTEE CLAIM# 00012 / COURT CLAIM # 4** | |

| JO BRINSON MCLAUGHLIN | | | BKS-18-14614-BTB |
|---|---|---|---|
| **NAME AND ADDRESS OF CREDITOR** | **AMOUNT** | **CLASSIFICATION** | |
| **UNITED STATES TREASURY**<br>SPECIAL PROCEDURES<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | **$5,150.00**<br>AT 5.00% INT<br>FROM 3/1/19 | IRS SEC<br><br>EXACTLY 100.00% TO BE PAID<br>**TRUSTEE CLAIM# 00013 / COURT CLAIM # 1** | 2006 |
| **CAPITAL ONE NA**<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 | **$298.72**<br>AT 0.00% INT | UNSECURED<br><br>APPROXIMATELY  9.61% TO BE PAID<br>**TRUSTEE CLAIM# 00014 / COURT CLAIM # 2** | 7272 |
| **LENDING CLUB CORP**<br>71 STEVENSON ST<br>SUITE 300<br>SAN FRANCISCO, CA  94105 | **$0.00**<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID<br>**TRUSTEE CLAIM# 00015 / COURT CLAIM #** | XXXXX3425 |
| **LINCOLN AUTOMOTIVE FINANCIAL SERVICE**<br>ATTN: BANKRUPTCY<br>PO BOX 542000<br>OMAHA, NE  68154 | **$0.00**<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID<br>**TRUSTEE CLAIM# 00016 / COURT CLAIM #** | XXXX4807 |
| **SILVER STATE SCHOOLS C**<br>ATTN: BANKRUPTCY<br>4221 S MCLEOD DR<br>LAS BEGAS, NV  89121 | **$0.00**<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID<br>**TRUSTEE CLAIM# 00017 / COURT CLAIM #** | XXXXX0004 |
| **SYNCHRONY BANK**<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO, FL  32896 | **$0.00**<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID<br>**TRUSTEE CLAIM# 00018 / COURT CLAIM #** | XXXXXXXXXXXX2372 |
| **SYNCHRONY BANK/AMAZON**<br>ATTN:  BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO, FL  32896 | **$0.00**<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID<br>**TRUSTEE CLAIM# 00019 / COURT CLAIM #** | XXXXXXXXXXXX9022 |
| **SYNCHRONY BANK/WALMART**<br>ATTN:  BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO, FL  32896 | **$0.00**<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID<br>**TRUSTEE CLAIM# 00020 / COURT CLAIM #** | XXXXXXXXXXXX2985 |
| **THE HOME DEPOT/CBNA**<br>CITI CARDS PRIVATE LABEL<br>BANKRUPTCY<br>PO BOX 20483<br>KANSAS CITY, MO  64195 | **$0.00**<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID<br>**TRUSTEE CLAIM# 00021 / COURT CLAIM #** | XXXXXXXXXXXX9979 |
| **UNITED STATES TREASURY**<br>SPECIAL PROCEDURES<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | **$240,653.51**<br>AT 0.00% INT | IRS UNS<br><br>APPROXIMATELY  9.61% TO BE PAID<br>**TRUSTEE CLAIM# 00025 / COURT CLAIM # 1** | XXXXXXXXXXXXX<br>XPENS |

/s/Esther Carr

1 | JO BRINSON MCLAUGHLIN | BKS-18-14614-BTB
2 | | for Kathleen A. Leavitt
  | | Chapter 13 Bankruptcy Trustee

Kathleen A. Leavitt
Chapter 13 Trustee
201 Las Vegas Blvd. South, Suite 200
Las Vegas NV, 89101
(702) 853-0700

# UNITED STATE BANKRUPTCY COURT
# DISTRICT OF NEVADA

## CERTIFICATE OF SERVICE

**IN RE:**
JO BRINSON MCLAUGHLIN
Debtor (s)

**CASE NO: 18-14614-BTB**
**Chapter 13**

I hereby certify that I am an employee of KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy Trustee; that I am over the age of 18 years; and that on March 20, 2019, I provided a copy of the Notice of Filed Claims, Classification and Proposed Distribution to each of the following by:

**[X] a. United States mail, via First Class United States Mail, postage fully prepaid.**

See EXHIBIT A for mailing matrix

**[X] b.ECF System:**

STEVEN A ALPERT - enotice@pricelawgroup.com, alpert@pricelawgroup.com
KATHLEEN A. LEAVITT - courtsecf3@las13.com

/s/ Esther Carr
Employee of
Kathleen A. Leavitt
Chapter 13 Standing Trustee

# CERTIFICATE OF SERVICE - EXHIBIT A - Mailing Matrix

AMEX CORRESPONDENCE/BANKRUPTCY PO BOX 981540 EL PASO TX 79998

BANK OF AMERICA 4909 SAVARESE CIRCLE FL1-908-01-50 TAMPA FL 33634

BANK OF AMERICA ATTN: BANKRUPTCY PO BOX 982238 EL PASO TX 79998

BARCLAYS BANK DELAWARE ATTN: CORRESPONDENCE PO BOX 8801 WILMINGTON DE 19899

CAPITAL ONE BANK (USA) NA BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 71083 CHARLOTTE NC 28272-1083

CAPITAL ONE NA C/O BECKET AND LEE LLP POB 3001 MALVERN PA 19355-0701

CHARLENE N RENWICK ESQ LEE HERNANDEZ LANDRUM & CARLSON APC 7575 VEGAS DRIVE SUITE 150 LAS VEGAS NV 89128

COMENITY BANK/ROAMANS ATTN: BANKRUPTCY PO BOX 182125 COLUMBUS OH 43218

COMENITY BANK/VICTORIA SECRET ATTN: BANKRUPTCY DEPT PO BOX 182125 COLUMBUS OH 45318

COMENITY BANK/WOMAN WITHIN ATTN: BANKRUPTCY PO BOX 182125 COLUMBUS OH 43218

FORD MOTOR CREDIT COMPANY LLC DEPT 55953 P O BOX 55000 DETROIT MI 48225-0953

JEFFREY G SLOANE ESQ LAW OFFICES OF JEFFREY G SLOANE 2520 ST ROSE PKWY, STE 301 HENDERSON NV 89074

JO BRINSON MCLAUGHLIN 7141 OLD VILLAGE AVENUE LAS VEGAS NV 89129

KATHLEEN A. LEAVITT 201 LAS VEGAS BLVD., SO. #200 LAS VEGAS NV 89101

KELLEHER & KELLEHER 40 S STEPHANIE STREET SUITE 201 HENDERSON NV 89012

LENDING CLUB CORP 71 STEVENSON ST SUITE 300 SAN FRANCISCO CA 94105

LINCOLN AUTOMOTIVE FINANCIAL SERVICE ATTN: BANKRUPTCY PO BOX 542000 OMAHA NE 68154

PRA RECEIVABLES MANAGEMENT, LLC PO BOX 41021 NORFOLK VA 23541

R NATHAN GIBBS 5280 S EASTERN AVENUE SUITE D2 LAS VEGAS NV 89119

SILVER STATE SCHOOLS C ATTN: BANKRUPTCY 4221 S MCLEOD DR LAS BEGAS NV 89121

SYNCHRONY BANK ATTN: BANKRUPTCY PO BOX 965060 ORLANDO FL 32896

SYNCHRONY BANK C/O PRA RECEIVABLES MANAGEMENT LLC PO BOX 41021 NORFOLK VA 23541

SYNCHRONY BANK/AMAZON ATTN: BANKRUPTCY DEPT PO BOX 965060 ORLANDO FL 32896

SYNCHRONY BANK/WALMART ATTN: BANKRUPTCY DEPT PO BOX 965060 ORLANDO FL 32896

THE HOME DEPOT/CBNA CITI CARDS PRIVATE LABEL BANKRUPTCY PO BOX 20483 KANSAS CITY MO 64195

United States Bankruptcy Court 300 Las Vegas Blvd., South Las Vegas NV 89101

UNITED STATES TREASURY SPECIAL PROCEDURES P O BOX 7317 PHILADELPHIA PA 19101-7317